**Dismiss and Opinion Filed February 2, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00039-CV

**ONE 2001 BMW X5, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-12651-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's January 26, 2015, motion to dismiss appeal. In the motion,

appellant states she no longer wishes to pursue her appeal. Accordingly, we dismiss this appeal.

TEX. R. APP. P. 42.1(a).

150039F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ONE 2001 BMW X5, Appellant

No. 05-15-00039-CV     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 13-12651-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

Based on appellant's January 26, 2015, motion to dismiss this appeal, and in accordance
with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 2, 2015.